**U.S. District Court for the Northern District Of Illinois
Limited Attorney Appearance Form As
Settlement Assistance Program Counsel**

Case Title: Richmond v. Rauner et al    Case Number: 18-cv-05966

A limited appearance is hereby filed by the undersigned as settlement assistance program counsel for (indicate the name of the party(s) being represented:

Darnell Richmond

By filing this appearance, undersigned counsel represents that he/she has not entered into, and will not seek to enter into, any agreement with the party for payment by the party of fees and/or costs.

Attorney name (type or print): Daniel Watkins, II

Firm: Kennedy Watkins LLC

Street address: 1 N State Street, Suite 1500

City/State/Zip: Chicago, Illinois 60602

Bar ID Number: 6317127            Telephone Number: 312-448-8181
(See item 3 in instructions)

Email Address: dwatkins@kwlawchicago.com

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/4/2019

Attorney signature:    S/ Daniel Watkins, II
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/10/2015